DEBORAH FORD MINCER
WSB 6-2896
823 Randall Avenue
P.O. Box 2157
Cheyenne, Wyoming 82003-2157
307/635-3038
Fax: 307/635-3578

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

LILLIE  CARLSON,

                Plaintiff,                                              Docket No.  11 CV 40 J

v.

COLLECTION PROFESSIONALS, INC.,
ET AL,

                Defendants.

---

## JOINT MOTION OF THE PARTIES FOR MEDIATION

---

      The parties jointly move the Court to schedule mediation of this case, all other cases filed by Basin Law Group against Collection Professionals, Inc., and their health care provider clients, and for all clients represented by Basin Law Group with claims against Collection Professionals, Inc., and their health care provider clients which have not yet filed suit, with the mediation to be convened on May 27, 2011, in Casper, Wyoming. The parties propose the federal courthouse in Casper as the site of the mediation but will equally split the cost of hotel facilities for the site of the mediation, if the Court prefers. All terms and conditions of the mediation should be set by a separate order of the Court. J. Philip Bott, attorney for the plaintiffs and his clients not yet in litigation, and Jeffrey J. Gonda and David Smith, attorneys for the health care providers, join in this motion.

Dated this _____ day of May, 2011.

/s/ Deborah Ford Mincer
Deborah Ford Mincer
WSB 6-2896
Attorney for CPI Defendants
823 Randall Avenue
P.O. Box 2517
Cheyenne, Wyoming 82003
307/635-3038

## CERTIFICATE OF SERVICE

This is to certify that on May 3, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mr. J. Philip Bott
Attorney at Law
210 North Bent Street
Powell, Wyoming 82435
phil@basinlaw.net

Mr. David Smith
Attorney at Law
P.O. Drawer 5059
Sheridan, Wyoming 82801-5059
David@Lonabaugh.com

Mr. Jeffrey J. Gonda
Attorney at Law
P.O. Drawer 5059
Sheridan, Wyoming 82801-5059
Jeff@Lonabaugh.com

/s/ Deborah Ford Mincer
Deborah Ford Mincer