IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| LILLIE D. CARLSON, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | 11-CV-40-J |
| COLLECTION PROFESSIONALS, INC., et al, | ) ) | |
| Defendants. | ) | |

NOTICE OF FAILURE TO SUBMIT PLEADINGS

It appearing that it has been reported to the Court that on or about May 27, 2011, the Court was notified by counsel for the parties that the above-captioned action was settled;

Pursuant to Local Rule 41.1(a) of the United States District Court for the District of Wyoming this action may be reset for trial unless settlement pleadings are tendered to the Court forthwith or good cause is shown for failure to submit the pleadings necessary to terminate the action.

Dated this 10th day of August, 2011.

STEPHAN HARRIS
CLERK OF COURT

/s/ Deborah Nielsen
Deputy Clerk

cc:   J Phillip Bott        Deborah Ford Mincer
                            David C Smith
                            Jeffrey J Gonda