**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

OCT 17 2011

Stephan Harris, Clerk
Cheyenne

LILLIE D. CARLSON

*Plaintiff*

**Docket No: 11CV-040J**

-vs-

COLLECTION PROFESSIONALS INC.,
ET AL.,

*Defendants*

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

---

**COMES NOW**, the parties, as evidenced by the signatures of their counsel, and hereby stipulate that all matters in controversy have been compromised and settled in full with respect to this case, and that the case should be dismissed with prejudice, with each party to bear their own costs and attorney fees.

**DATED** this _17_ day of _October_, 2011

For the Plaintiff:

By: _____
Mr. J. Philip Bott – 6-4199
210 North Bent Street
Powell, Wyoming 82435

For the CPI Defendants:

By: _____
Ms. Debra Ford Mincer – 6-2896
P.O. Box 2157
Cheyenne, Wyoming 82003-2157

For the Provider Defendants:

By: _____
Mr. Jeffrey J. Gonda – 5-1593
Mr. David C. Smith – 6-3354
P.O. Drawer 5059
Sheridan, Wyoming 82801-5059